

**MEMO ENDORSED**

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*United States Attorney's Office*
*50 Main Street, Suite 1100*
*White Plains, New York 10606*

September 3, 2024

**BY ECF AND EMAIL**

The Honorable Nelson S. Román
United States District Judge
United States District Court
300 Quarropas Street
White Plains, New York 10601

**The Govt's request to adjourn the VOSR Interim Conf. from Sept. 6, 2024 until Sept. 18, 2024 at 12:30 pm is GRANTED with Deft's consent. Clerk of Court is requested to terminate the motion at ECF No. 485.**
**Dated: White Plains, NY**
**Sept. 3, 2024**   SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE

Re: <u>United States</u> v. <u>Kevin Herbin</u>, 15 Cr. 5 (NSR)-08

Dear Judge Román:

    As the Court knows, a status conference in the above-referenced matter occurred on August 23, 2024. (*See* 08/23/2024 Minute Entry.) At the August 23 conference, the defendant was advised of the violations against him, arraigned on specifications 1 through 5 of the May 23, 2024 violation report, and entered a denial to the specifications, and the Honorable Andrew E. Krause scheduled a VOSR preliminary hearing date for September 3, 2024. (*See id.*) Thereafter, the parties have conferred, and the now Government respectfully writes, with the consent of the defense, to request that the Court adjourn the next VOSR interim conference until September 18, 2024 at 12:30 p.m.

    Thank you for your time and consideration of this request.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: *[signature]*
Kingdar Prussien
Assistant United States Attorney
(646) 832-6812

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/03/2024